UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BARBARA A. HAMBERRY, ) | Civil Action No. 4:20-cv-03527-JD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA) advising of their agreement to stipulate to an award of Nine Thousand, Five Hundred Dollars and 00/100 ($9,500.00) in attorney fees to Plaintiff. Plaintiff has also provided a Petition for EAJA Fees, in which counsel provided itemization of the fees sought. The Court finds the stipulated amount of fees to be reasonable and in accordance with applicable law. Pursuant to the parties' stipulation, Plaintiff's Petition for Attorney's Fees Pursuant to the EAJA is granted to the extent it comports with this Order and the parties' Stipulation.

The parties have stipulated that Plaintiff, Barbara A. Hamberry, should be awarded attorney fees under the EAJA in the amount of Nine Thousand, Five Hundred Dollars and 00/100 cents ($9,500.00). These attorney fees will be paid directly to Plaintiff, Barbara A. Hamberry, and sent to the business address of Plaintiff's counsel, Timothy Allen Clardy, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent

necessary to satisfy such debt(s).

An award of $9,500.00 in attorney fees pursuant to the EAJA is granted in accordance with this Order.

IT IS SO ORDERED.

*Joseph Dawson III*
Joseph Dawson, III
United States District Judge

March 22, 2022
Greenville, South Carolina